■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WARD, Appellant. [606 NYS2d 1011] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Violation of Probation.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN PRICE, Appellant. [606 NYS2d 1011] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. GOODSELL, III, Appellant. [606 NYS2d 1012] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Attempted Criminal Sale Controlled Substance, 5th Degree.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZ LUCAS, Appellant. [606 NYS2d 1011] —Judgment unanimously affirmed. Memorandum: We reject defendant's contentions that the proof was insufficient to prove defendant's intent to inflict physical injury on the victim, that the People failed to meet their burden of disproving the defense of justification and that defendant's sentence is harsh and excessive. (Appeal from Judgment of Supreme Court, Erie County, Doyle, Jr., J.—Assault, 2nd Degree.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.